**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Bernard Joseph Esberner, Jr. § Case No. 12-13984
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL 60604
   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

   9:30 a.m. on May 14, 2013
   in Courtroom 682, U.S. Courthouse
   219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____Kenneth S. Gardner_____
                                                Clerk of the Bankruptcy Court


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Bernard Joseph Esberner, Jr. | § | Case No. 12-13984 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,500.00 |
| and approved disbursements of | $ | 20.03 |
| leaving a balance on hand of[1] | $ | 12,479.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 8.35 | $ 0.00 | $ 8.35 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 1,387.50 | $ 0.00 | $ 1,387.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 24.15 | $ 0.00 | $ 24.15 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,420.00 |
| Remaining Balance | $ 9,059.97 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 243,641.93 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Mbna America, N.A.) | $ 21,576.88 | $ 0.00 | $ 802.35 |
| 2 | Atlas Acquisitions Llc (Fleet Bank (Ri), N.A.) | $ 24,441.67 | $ 0.00 | $ 908.88 |
| 3 | Discover Bank | $ 14,911.94 | $ 0.00 | $ 554.51 |
| 4 | N. A. Fia Card Services | $ 43,229.38 | $ 0.00 | $ 1,607.51 |
| 5 | N. A. Jpmorgan Chase Bank | $ 99,638.68 | $ 0.00 | $ 3,705.12 |
| 6 | Fsb American Express Bank | $ 188.39 | $ 0.00 | $ 7.01 |
| 7 | Fsb American Express Bank | $ 11,782.92 | $ 0.00 | $ 438.15 |
| 8 | Fsb American Express Bank | $ 13,878.24 | $ 0.00 | $ 516.07 |
| 9 | Advanta Bank Corporation | $ 13,993.83 | $ 0.00 | $ 520.37 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 9,059.97 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-13984-JBS
Bernard Joseph Esberner, Jr.                                            Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: bchavez              Page 1 of 3           Date Rcvd: Apr 09, 2013
                               Form ID: pdf006            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2013.
```
db         +Bernard Joseph Esberner, Jr.,    6639 N. Oconto Ave,    Chicago, IL 60631-3915
18739754   +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
19679331    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19437387   +Atlas Acquisitions LLC  (Fleet Bank (RI), N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
19437386   +Atlas Acquisitions LLC  (MBNA America, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
18739755   +Bank Of America,    Po Box 982238,    El Paso, TX 79998-2238
18739756   +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
18739760   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18739759   +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
18739762   +CitiBusiness,    PO Box 688901,    Des Moines, IA 50368-8901
18739763   +CitiCards,    PO Box 689197,    Des Moines, IA 50368-9197
18739764   +City of Scottsdale,    7447 E. Indian School Road,    Suite 110,    Scottsdale, AZ 85251-3922
19491535    FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18739767   +HSBC/Menards,    Attn: Bankruptcy,    Pob 5263,    Carol Stream, IL 60197-5263
18739768   +JP Morgan Chase Bank,    1836 Broadway,    Melrose Park, IL 60160-2026
18765915   +JPMorgan Chase Bank, N.A.,    c/o The Law Office Of Douglas R Johnson,    321 N Clark St 5th Floor/,
             Chicago, IL 60654-4769
19605727   +JPMorgan Chase Bank, N.A.,    Nancy Tisdale,,    JPMorgan Chase Bank N.A.,    POB 91308,
             Cleveland, OH 44101-3308
18739770   +Pierce and Associates, P.C.,    1 North Dearborn St.,    Suite 1300,    Chicago, IL 60602-4373
18739771   +Provdn Bnp,    Chase Card Services/Attn: Bankruptcy Dep,    Po Box 15298,
             Wilmington, DE 19850-5298
18739772  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:   US Bank,     PO Box 790408,    Saint Louis, MO 63179)
18739773   +Wells Fargo,    PO Box 54349,    Los Angeles, CA 90054-0349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19713984    E-mail/Text: bkr@cardworks.com Apr 10 2013 02:14:48     Advanta Bank Corporation,
             Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
18739752   +E-mail/Text: bkr@cardworks.com Apr 10 2013 02:14:48     Advanta Bk,    Welsh and McKean Roads,
             Po Box 844,    Spring House, PA 19477-0844
18739753   +E-mail/Text: info@agisx.com Apr 10 2013 03:04:00      Ag Intl Serv,    2226 E Claire Dr,
             Phoenix, AZ 85022-4106
19110529   +E-mail/Text: bnc@atlasacq.com Apr 10 2013 02:16:08     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
18739758   +E-mail/Text: ebn@squaretwofinancial.com Apr 10 2013 03:22:57      Cach Llc/Square Two Financial,
             4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3408
19444051    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 10 2013 02:34:58      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18739766   +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 10 2013 02:34:58      Discover Fin,
             Attention:  Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18739769   +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 10 2013 03:06:51      Nco Fin /99,
             Po Box 15636,    Wilmington, DE 19850-5636
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18739757     Bmo Harris Bank
18739765     CRP Holdings C, L, P.
19679332*    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19679333*    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18739761*   +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
                                                                                 TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: bchavez            Page 2 of 3              Date Rcvd: Apr 09, 2013
                              Form ID: pdf006          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2013**                      **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez              Page 3 of 3              Date Rcvd: Apr 09, 2013
                              Form ID: pdf006            Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2013 at the address(es) listed below:

        Andrew J Nelson   on behalf of Creditor   BANK OF AMERICA, N.A. anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Ben L Schneider   on behalf of Debtor Bernard Joseph Esberner, Jr. ben@windycitylawgroup.com, mstone@windycitylawgroup.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Steven R Radtke   sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
        Steven R Radtke   on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
        Toni  Dillon   on behalf of Creditor   Bank of America, N.A. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 6