UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                       §
                                             §
                                             §
Bernard Joseph Esberner, Jr.                 §      Case No. 12-13984
                                             §
                                             §
        Debtor(s)                            §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/STEVEN R. RADTKE_____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.a. 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Bmo Harris Bank |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 901039 Fort Worth, TX 76101 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bk Welsh and McKean Roads Po Box 844 Spring House, PA 19477 | | | | | |
| | Ag Intl Serv 2226 E Claire Dr Phoenix, AZ 85022 | | | | | |
| | American Express PO Box 0001 Los Angeles, CA 90096 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Cach Llc/Square Two Financial 4340 South Monaco St.  2nd Floor Denver, CO 80237 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cach Llc/Square Two Financial 4340 South Monaco St.  2nd Floor Denver, CO 80237 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | CitiBusiness PO Box 688901 Des Moines, IA 50368 | | | | | |
| | CitiCards PO Box 689197 Des Moines, IA 50368 | | | | | |
| | City of Scottsdale 7447 E. Indian School Road Suite 110 Scottsdale, AZ 85252 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CRP Holdings C, L, P. | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | HSBC/Menards Attn: Bankruptcy Pob 5263 Carol Stream, IL 60197 | | | | | |
| | JP Morgan Chase Bank 1836 Broadway Melrose Park, IL 60161 | | | | | |
| | Nco Fin /99 Po Box 15636 Wilmington, DE 19850 | | | | | |
| | Provdn Bnp Chase Card Services/Attn: Bankruptcy Dep Po Box 15298 Wilmington, DE 19850 | | | | | |
| | US Bank PO Box 790408 Saint Louis, MO 63179 | | | | | |
| | Wells Fargo PO Box 54349 Los Angeles, CA 90054 | | | | | |
| 9 | Advanta Bank Corporation | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Atlas Acquisitions Llc (Fleet Bank (Ri), N.A.) | | | | | |
| 1 | Atlas Acquisitions Llc (Mbna America, N.A.) | | | | | |
| 3 | Discover Bank | | | | | |
| 6 | Fsb American Express Bank | | | | | |
| 7 | Fsb American Express Bank | | | | | |
| 8 | Fsb American Express Bank | | | | | |
| 4 | N. A. Fia Card Services | | | | | |
| 5 | N. A. Jpmorgan Chase Bank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-13984 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Bernard Joseph Esberner, Jr. | | | | Date Filed (f) or Converted (c): | 04/05/2012 (f) |
| | | | | | 341(a) Meeting Date: | 06/11/2012 |
| For Period Ending: | 07/08/2013 | | | | Claims Bar Date: | 12/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6639 N. Oconto Ave. Chicago, Il 60631 | 325,000.00 | 0.00 | OA | 0.00 | FA |
| 2. $600 | 600.00 | 0.00 | OA | 0.00 | FA |
| 3. Pnc Checking Account #4610472724 | 166.71 | 0.00 | OA | 0.00 | FA |
| 4. Pnc Savings Account #4613728801 | 1.32 | 0.00 | OA | 0.00 | FA |
| 5. Paypal Account "B. Esberner" | 334.59 | 0.00 | OA | 0.00 | FA |
| 6. Furniture, Household Furnishing | 2,400.00 | 2,400.00 | OA | 0.00 | FA |
| 7. Necessary Wearing Apparel | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Gold Ring | 400.00 | 0.00 | OA | 0.00 | FA |
| 9. Gun Collection | 3,650.00 | 3,650.00 | OA | 0.00 | FA |
| 10. Sterling Trust Ira | 160,000.00 | 0.00 | OA | 0.00 | FA |
| 11. American National Ira #1 | 92,000.00 | 0.00 | OA | 0.00 | FA |
| 12. American National Ira #2 | 12,000.00 | 0.00 | OA | 0.00 | FA |
| 13. Ing Ira | 9,800.00 | 0.00 | OA | 0.00 | FA |
| 14. Lincoln Benefit Ira | 14,000.00 | 0.00 | OA | 0.00 | FA |
| 15. 100% Stock In Bernie Esberner, Ltd. | 0.00 | 0.00 | OA | 0.00 | FA |
| 16. 100% Stock In Former Corporation B J Esberner And Associates | 0.00 | 0.00 | OA | 0.00 | FA |
| 17. 2003 Dodge Ram 1500 Pickup | 10,000.00 | 5,102.62 | | 5,102.62 | FA |
| 18. Tools | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 19. one-half interest in 36 acre tract of undeveloped vacant lan (u) | 0.00 | 13,000.00 | | 7,397.38 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $632,352.62 | $24,152.62 | | $12,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Property in Arizona and debtor's automobile to be sold to Debtor; both done; funds collected; claims to be reviewed, fee applications and TFR to be prepared

Initial Projected Date of Final Report (TFR): 01/31/2014     Current Projected Date of Final Report (TFR): 01/31/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-13984  
Case Name: Bernard Joseph Esberner, Jr.  
Taxpayer ID No: XX-XXX9032  
For Period Ending: 07/08/2013  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0229  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/12 | | Schneider & Stone, LLP  8424 Skokie Boulevard, #200  Skokie, IL 60077 | Sale of property of Estate | | $12,500.00 | | $12,500.00 |
| | | | Gross Receipts  $12,500.00 | | | | |
| | 17 | | 2003 Dodge Ram 1500 Pickup  $5,102.62 | 1129-000 | | | |
| | 19 | | one-half interest in 36 acre tract of undeveloped vacant lan  $7,397.38 | 1210-000 | | | |
| 11/05/12 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.37 | $12,495.63 |
| 12/07/12 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.70 | $12,487.93 |
| 01/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.96 | $12,479.97 |
| 05/15/13 | 1001 | STEVEN R. RADTKE  CHILL, CHILL & RADTKE, P.C.  79 WEST MONROE STREET  SUITE 1305  CHICAGO, IL  60603  , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,000.00 | $10,479.97 |
| 05/15/13 | 1002 | STEVEN R. RADTKE  CHILL, CHILL & RADTKE, P.C.  79 WEST MONROE STREET  SUITE 1305  CHICAGO, IL  60603  , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $8.35 | $10,471.62 |
| 05/15/13 | 1003 | STEVEN R. RADTKE  CHILL, CHILL & RADTKE, P.C.  79 WEST MONROE STREET  SUITE 1305  CHICAGO, IL  60603  , | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,387.50 | $9,084.12 |

Page Subtotals: $12,500.00   $3,415.88

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-13984
Case Name: Bernard Joseph Esberner, Jr.
Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0229
Checking
Taxpayer ID No: XX-XXX9032
Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 07/08/2013
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/13 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $24.15 | $9,059.97 |
| 05/15/13 | 1005 | Atlas Acquisitions Llc (Mbna America, N.A.)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 1 representing a payment of 3.72 % per court order. | 7100-000 | | $802.35 | $8,257.62 |
| 05/15/13 | 1006 | Atlas Acquisitions Llc (Fleet Bank (Ri), N.A.)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 2 representing a payment of 3.72 % per court order. | 7100-000 | | $908.88 | $7,348.74 |
| 05/15/13 | 1007 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 3 representing a payment of 3.72 % per court order. | 7100-000 | | $554.51 | $6,794.23 |
| 05/15/13 | 1008 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution to claim 4 representing a payment of 3.72 % per court order. | 7100-000 | | $1,607.51 | $5,186.72 |
| 05/15/13 | 1009 | N. A. Jpmorgan Chase Bank<br>Jpmorgan Chase Bank, N.A.<br>C/O The Law Office Of Douglas R Johnson<br>321 N Clark St 5Th Floor<br>Chicago, Il 60654 | Final distribution to claim 5 representing a payment of 3.72 % per court order. | 7100-000 | | $3,705.12 | $1,481.60 |
| 05/15/13 | 1010 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 6 representing a payment of 3.72 % per court order. | 7100-000 | | $7.01 | $1,474.59 |
| 05/15/13 | 1011 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 7 representing a payment of 3.72 % per court order. | 7100-000 | | $438.15 | $1,036.44 |

Page Subtotals:     $0.00     $8,047.68

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-13984 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Bernard Joseph Esberner, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0229 |
| | Checking |
| Taxpayer ID No: XX-XXX9032 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/08/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/13 | 1012 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 8 representing a payment of 3.72 % per court order. | 7100-000 | | $516.07 | $520.37 |
| 05/15/13 | 1013 | Advanta Bank Corporation<br>Resurgent Capital Services<br>Po Box 10368<br>Greenville, Sc 29603-0368 | Final distribution to claim 9 representing a payment of 3.72 % per court order. | 7100-000 | | $520.37 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,500.00 | $12,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,500.00 | $12,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,500.00 | $12,500.00 |

Page Subtotals:   $0.00   $1,036.44

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0229 - Checking | $12,500.00 | $12,500.00 | $0.00 |
|  | $12,500.00 | $12,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,500.00 |
| Total Gross Receipts: | $12,500.00 |